IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHICO UNTRAS MORGAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 3:14cv409-WHA |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 14) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and the 28 U.S.C. § 2255 motion is DENIED with prejudice.

A separate judgment shall issue.

Done this 25th day of June, 2015.

/s/ W. Harold Albritton_____
SENIOR UNITED STATES DISTRICT JUDGE